**Yuan GAO, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–72056.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Decided April 12, 2006.

Cindy S. Chang, Law Offices of Cindy S. Chang, Monterey Park, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HAWKINS, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Respondent's unopposed motion to dismiss this petition for review for lack of

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

jurisdiction is granted. *See* 8 U.S.C. § 1252(a)(1); *Lopez–Ruiz v. Ashcroft,* 298 F.3d 886, 887 (9th Cir.2002) (order) (dismissing petition for review for lack of jurisdiction where Board of Immigration Appeals granted motion to reopen).

**PETITION FOR REVIEW DISMISSED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.